WALTER T. CORBIERE, Appellant, v. THE STATE OF FLORIDA, Appellee.

27 So. (2nd) 423                                    June term, 1946
September 20, 1946                                        Division B

Affirmed.

CARL WEINKLE, AARON WEINKLE and LEO A. CHAIKIN, a co-partnership, doing business under the firm name of WEINKLE'S LIQUOR STORES, and CARL WEINKLE, AARON WEINKLE and LEO A. CHAIKIN, as individuals, Appellants, v. ABRAHAM CANTOR, Appellee.

27 So. (2nd) 423                                    June Term, 1946
September 20, 1946                                        Division A

Affirmed.

GLADYS ANKUS, a widow and MARY MARGARET ELWARD, a single woman, Appellants, v. HARRY GENET and ROSE GENET, his wife, and MILTON WEIS, Appellees.

27 So. (2nd) 423                                    June Term, 1946
September 20, 1946                                        Division A

Affirmed.

E. B. LEATHERMAN, as Clerk of the Circuit Court of Dade County, Florida, in his capacity as Clerk of the Board of County Commissioners of Dade County, Florida, Appellant, v. STATE OF FLORIDA, ex rel., BOB WETMORE, Appellee.

27 So. (2nd) 530                                    June Term, 1946
September 23, 1946                                          En Banc

Affirmed.

ALICE B. MEANS, Appellant, v. MICHAEL A. MILLER, et ux., et al., Appellees.

27 So. (2nd) 530                                    June Term, 1946
September 24, 1946                                        Division A

Affirmed.